**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 5, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00612-CR

---

## IN RE RAYMOND CARL HELMICK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**278th District Court**
**Walker County, Texas**
**Trial Court Cause No. 25921**

---

## MEMORANDUM OPINION

On July 28, 2014, relator Raymond Carl Helmick filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the presiding judge of the 278th District Court of Walker County to resentence relator.

Section 22.221 of the Texas Government Code expressly limits the mandamus jurisdiction of the court of appeals to: (1) writs against a "judge of a

district or county court in the court of appeals district"; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Matagorda County is not within our appellate district. *See* Tex. Gov't Code Ann. § 22.201(o) (West Supp. 2014). Instead, Walker County is within the Tenth Court of Appeals district. *Id.* § 22.201(k). Because Walker County is not in our appellate district and it is not necessary to enforce this court's jurisdiction, we have no authority to issue a writ of mandamus directed at the presiding judge of the 278th District Court.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).